

Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: joye.blanscett@bullivant.com
Telephone:    (415) 352-2700
Facsimile:     (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS
HEALTH AND WELFARE TRUST FUND
FOR NORTHERN CALIFORNIA; BOARD
OF TRUSTEES OF THE LABORERS
VACATION-HOLIDAY TRUST FUND FOR
NORTHERN CALIFORNIA; BOARD OF
TRUSTEES OF THE LABORERS PENSION
TRUST FUND FOR NORTHERN
CALIFORNIA; and BOARD OF TRUSTEES
OF THE LABORERS TRAINING AND
RETRAINING TRUST FUND FOR
NORTHERN CALIFORNIA,

                              Plaintiffs,

        vs.

ALICE A. SAVAGE, individually and dba
SAVAGE BUILDING MAINTENANCE,

                              Defendants.

Case No.: C 07-03195 JL

**PLAINTIFFS' STATEMENT IN LIEU OF
CASE MANAGEMENT CONFERENCE;
PROPOSED ORDER**

Date:        October 10, 2007
Time:        1:30 p.m.
Ctroom:    F, 15th Floor

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On or about July 12, 2007, Alice Savage contacted Plaintiffs' counsel regarding said

complaint and agreed to allow the audit sought in the complaint to proceed. Plaintiffs' counsel

requested the Trust Funds auditor conduct an audit of Defendants' books and records as soon as

possible and report back whether any monies were found due and owing. The Trust Funds at

6087095.1

-1-

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

1   this time do not know the results of said audit. However, they expect that this matter will either

2   be dismissed within the next sixty (60) days or Plaintiffs will amended the complaint to allege

3   any amounts found due and owing under the audit.    In light of the fact that Defendants are

4   cooperating in bringing a resolution to this matter, Plaintiffs have not sought entry of default

5   against them to date.

6       Based on the above, Plaintiffs respectfully request that this Court continue the Initial

7   Case Management Conference for sixty days to allow Plaintiffs time to obtain the results of their

8   audit and amend the complaint if necessary.

9   DATED: October 3, 2007

10

11                          BULLIVANT HOUSER BAILEY PC

12

13                      By _____

14                          Joye Blanscett
                            Attorneys for Plaintiffs

15                          **CASE MANAGEMENT ORDER**

16

17

18      The Court having read Plaintiffs' Statement in Lieu of Case Management Conference

19   Statement and good cause appearing therefore:

20      IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

21   for October 10 at 10:30 a.m. be continued to _____, 2007 at 10:30 a.m.,

22   Courtroom F, 15th floor, San Francisco, California.

23   DATED: October____, 2007

24

25                      By _____
                            HON. JAMES LARSON
26                          UNITED STATES MAGISTRATE JUDGE

27

28