```
 1 | Ronald L. Richman, SBN 139189
   | Joye Blanscett, SBN 191242
 2 | Bullivant Houser Bailey PC
   | 601 California Street, Suite 1800
 3 | San Francisco, CA  94108
   | e-mail: ron.richman@bullivant.com
 4 | e-mail: joye.blanscett@bullivant.com
   | Telephone:    (415) 352-2700
 5 | Facsimile:    (415) 352-2701
 6 |
   | Attorneys for Plaintiffs
 7 |
 8 |
   |                 UNITED STATES DISTRICT COURT
 9 |
   |                 NORTHERN DISTRICT OF CALIFORNIA
10 |
11 |
   | BOARD OF TRUSTEES OF THE LABORERS    Case No.: C 07-03195 JL
12 | HEALTH AND WELFARE TRUST FUND
   | FOR NORTHERN CALIFORNIA; BOARD
13 | OF TRUSTEES OF THE LABORERS          PLAINTIFFS' STATEMENT IN LIEU OF
   | VACATION-HOLIDAY TRUST FUND FOR      CASE MANAGEMENT CONFERENCE;
14 | NORTHERN CALIFORNIA; BOARD OF        XXXXXXXX ORDER
   | TRUSTEES OF THE LABORERS PENSION     PROPOSED
15 | TRUST FUND FOR NORTHERN
   | CALIFORNIA; and BOARD OF TRUSTEES    Date:      October 10, 2007
16 | OF THE LABORERS TRAINING AND         Time:      1:30 p.m.
   | RETRAINING TRUST FUND FOR            Ctroom:    F, 15th Floor
17 | NORTHERN CALIFORNIA,
18 |              Plaintiffs,
19 |       vs.
20 | ALICE A. SAVAGE, individually and dba
   | SAVAGE BUILDING MAINTENANCE,
21 |
   |              Defendants.
22 |
23 |
         Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.
24 |
         On or about July 12, 2007, Alice Savage contacted Plaintiffs' counsel regarding said
25 |
   complaint and agreed to allow the audit sought in the complaint to proceed.  Plaintiffs' counsel
26 |
   requested the Trust Funds auditor conduct an audit of Defendants' books and records as soon as
27 |
   possible and report back whether any monies were found due and owing.  The Trust Funds at
28 |
```

1  this time do not know the results of said audit.  However, they expect that this matter will either
2  be dismissed within the next sixty (60) days or Plaintiffs will amended the complaint to allege
3  any amounts found due and owing under the audit.   In light of the fact that Defendants are
4  cooperating in bringing a resolution to this matter, Plaintiffs have not sought entry of default
5  against them to date.

6  Based on the above, Plaintiffs respectfully request that this Court continue the Initial
7  Case Management Conference for sixty days to allow Plaintiffs time to obtain the results of their
8  audit and amend the complaint if necessary.

9  DATED: October 3, 2007

BULLIVANT HOUSER BAILEY PC

By _____
   Joye Blanscett
   Attorneys for Plaintiffs

### CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for October 10 at 10:30 a.m. be continued to November 4, 2007 at 10:30 a.m., Courtroom F, 15th floor, San Francisco, California.

DATED: October 9, 2007

By _____
   HON. JAMES LARSON
   UNITED STATES MAGISTRATE JUDGE