1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA  94108
   e-mail: ron.richman@bullivant.com
4  e-mail: joye.blanscett@bullivant.com
   Telephone:    (415) 352-2700
5  Facsimile:    (415) 352-2701

6
   Attorneys for Plaintiffs
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   BOARD OF TRUSTEES OF THE LABORERS      Case No.: C 07-03195 JL
12 HEALTH AND WELFARE TRUST FUND
   FOR NORTHERN CALIFORNIA; BOARD
13 OF TRUSTEES OF THE LABORERS            PLAINTIFFS' STATEMENT IN LIEU OF
   VACATION-HOLIDAY TRUST FUND FOR        CASE MANAGEMENT CONFERENCE;
14 NORTHERN CALIFORNIA; BOARD OF          PROPOSED ORDER
   TRUSTEES OF THE LABORERS PENSION
15 TRUST FUND FOR NORTHERN
   CALIFORNIA; and BOARD OF TRUSTEES      Date:      October 10, 2007
16 OF THE LABORERS TRAINING AND           Time:      1:30 p.m.
   RETRAINING TRUST FUND FOR              Ctroom:    F, 15th Floor
17 NORTHERN CALIFORNIA,

18              Plaintiffs,

19      vs.

20 ALICE A. SAVAGE, individually and dba
   SAVAGE BUILDING MAINTENANCE,
21
                Defendants.
22

23
        Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.
24
        On or about July 12, 2007, Alice Savage contacted Plaintiffs' counsel regarding said
25
   complaint and agreed to allow the audit sought in the complaint to proceed.  Plaintiffs' counsel
26
   requested the Trust Funds auditor conduct an audit of Defendants' books and records as soon as
27
   possible and report back whether any monies were found due and owing.  The Trust Funds at
28

6087095.1
                                           -1-
   PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

this time do not know the results of said audit. However, they expect that this matter will either be dismissed within the next sixty (60) days or Plaintiffs will amended the complaint to allege any amounts found due and owing under the audit. In light of the fact that Defendants are cooperating in bringing a resolution to this matter, Plaintiffs have not sought entry of default against them to date.

Based on the above, Plaintiffs respectfully request that this Court continue the Initial Case Management Conference for sixty days to allow Plaintiffs time to obtain the results of their audit and amend the complaint if necessary.

DATED: October 3, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Joye Blanscett
Attorneys for Plaintiffs

**CASE MANAGEMENT ORDER**

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for October 10 at 10:30 a.m. be continued to __November 14, 2007__, 2007 at 10:30 a.m., Courtroom F, 15th floor, San Francisco, California.

DATED: October 9, 2007

By _____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE