Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone:    (415) 352-2700
Facsimile:    (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALICE A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE,<br><br>Defendants. | Case No.: C 07-03195 JL<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; PROPOSED ORDER**<br><br>Date:      November 28, 2007<br>Time:      10:30 a.m.<br>Ctroom:   F, 15th Floor |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On October 9, 2007 Plaintiffs filed their First Amended Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("First Amended Complaint"). The First Amended Complaint was served on Defendants on October 16, 2007.

1  Defendants' Answer was due on November 5, 2007. As of the date of this writing, Defendants have failed to file an Answer or any responsive pleading.

Plaintiffs intend to move forward in this case via default proceedings. Plaintiffs intend to file a Request for Clerk's Entry of Default and then proceed with a Motion for Default Judgment. Plaintiffs anticipate having their Motion for Default Judgment on file with this Court within the next 90 days.

Based on the above, Plaintiffs respectfully request that this Court continue the Case Management Conference for ninety days to allow Plaintiffs time to proceed against Defendants in default.

DATED: November 10, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

6089316.1

-2-
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

## CASE MANCEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for November 28 at 10:30 a.m. be continued to _____, 2008 at 10:30 a.m., Courtroom F, 15th floor, San Francisco, California.

DATED: November____, 2007

By _____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE