Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone:    (415) 352-2700
Facsimile:    (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALICE A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE,<br><br>Defendants. | Case No.: C 07-03195 JL<br><br>**PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

TO DEFENDANTS ALICE A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE:

/ / /

1  Plaintiffs hereby request that the Clerk of Court enter the default of defendants Alice A. Savage, individually and dba Savage Building Maintenance; and Felicia L. Savage, individually and dba Savage Building Maintenance, in the above-referenced action.

The Request for Entry of Default is made on the grounds that defendants Alice A. Savage, individually and dba Savage Building Maintenance; and Felicia L. Savage, individually and dba Savage Building Maintenance were served via substituted service on October 16, 2007 with the Complaint for Damages for Breach of Collective Bargaining Agreement And For Mandatory Injunction ("Complaint").  Defendants' Answer was due on or before November 5, 2007.  No Answer has been filed by either Defendant.

Based on the above, Plaintiffs respectfully request that the Clerk of Court issue the default of defendants Alice A. Savage, individually and dba Savage Building Maintenance; and Felicia L. Savage, individually and dba Savage Building Maintenance in the above-referenced action.

DATED:  November 14, 2007

BULLIVANT HOUSER BAILEY PC

By _____
         Ronald L. Richman

Attorneys for Plaintiffs