Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone:    (415) 352-2700
Facsimile:    (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALICIA A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE,<br><br>Defendants. | Case No.: C 07-03195 JL<br><br>**AMENDED DECLARATION OF RONALD L. RICHMAN IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

I, RONALD L. RICHMAN, declare as follows.

1. I am a shareholder of the law firm of Bullivant Houser Bailey, PC, counsel for Plaintiffs in this action.

2. I have personal knowledge of the following and, if called upon to testify,

1 our competent to do so.

2     3. Defendant Alicia A. Savage, individually and dba Savage Building Maintenance was served via substituted service on October 16, 2007 with the Complaint for Damages for Breach of Collective Bargaining Agreement And For Mandatory Injunction. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Proof of Service.

    4. Defendant Felicia L. Savage, individually and dba Savage Building Maintenance was served via substituted service on October 16, 2007 with the Complaint for Damages for Breach of Collective Bargaining Agreement And For Mandatory Injunction. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Proof of Service.

    5. Defendant Savage Building Maintenance was served via substituted service on October 16, 2007 with the Complaint for Damages for Breach of Collective Bargaining Agreement And For Mandatory Injunction. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Proof of Service.

    6. A responsive pleading was due on or before November 5, 2007. No responsive pleading has been filed by defendants nor has any defendant appeared informally, and no cause exists which would prevent the Clerk of Court from entering the default of defendants Alice A. Savage, individually and dba Savage Building Maintenance; and Felicia L. Savage, individually and dba Savage Building Maintenance.

    I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 19, 2007 at San Francisco, California.

_____
Ronald L. Richman

6089459.1

-2-

# EXHIBIT A

1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA 94108
   e-mail: ron.richman@bullivant.com
4  e-mail: joye.blanscett@bullivant.com
   Telephone:   (415) 352-2700
5  Facsimile:   (415) 352-2701

6
   Attorneys for Plaintiffs
7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11
   BOARD OF TRUSTEES OF THE LABORERS       Case No.: C 07-03195 JL
12 HEALTH AND WELFARE TRUST FUND
   FOR NORTHERN CALIFORNIA; BOARD
13 OF TRUSTEES OF THE LABORERS             **PROOF OF SERVICE**
   VACATION-HOLIDAY TRUST FUND FOR
14 NORTHERN CALIFORNIA; BOARD OF
   TRUSTEES OF THE LABORERS PENSION
15 TRUST FUND FOR NORTHERN
   CALIFORNIA; and BOARD OF TRUSTEES
16 OF THE LABORERS TRAINING AND
   RETRAINING TRUST FUND FOR
17 NORTHERN CALIFORNIA,

18              Plaintiffs,

19      vs.

20 ALICE A. SAVAGE, individually and dba
   SAVAGE BUILDING MAINTENANCE,
21
                Defendants.
22

23
24
25
26
27
28

6088080.1
                          -1-
                    PROOF OF SERVICE

| | |
|---|---|
| JOYE BLANSCETT (SBN 191242)<br>RONALD L. RICHMAN (SBN 139189)<br>BULLIVANT HOUSER BAILEY PC<br>601 CALIFORNIA STREET, SUITE 1800<br>SAN FRANCISCO, CA 94108<br>Telephone: (415) 352-2700<br>Facsimile: (415) 352-2701<br>**Attorney(s) for:** PLAINTIFFS<br>Reference: 3002198 | |
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** ||
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND NORTHERN CALIFORNIA, et al.<br>**Plaintiff (s)** | CASE NUMBER: C 07-03195 JL |
| v.<br>ALICIA A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE, et al.<br>**Defendant (s)** | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ amended summons   ☐ complaint   ☐ alias summons   ☒ first amended complaint
   in a civil case                                           ☐ second amended complaint
                                                             ☐ third amended complaint
   ☐ other *(specify)*:

2. Person served:
   a. ☒ Defendant *(name)*: ALICIA A. SAVAGE
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: "JANE DOE", DESCRIBED AS A LATINO FEMALE, 20'S, BROWN HAIR AND EYES, 105LBS.
   c. ☒ Address Where papers were served:
   **264 S. LA CIENEGA BOULEVARD, SUITE 863, BEVERLY HILLS, CA 90211**

3. **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
   a.   ☒  Federal Rules of Civil Procedure
   b.   ☐  California Code of Civil Procedure

4. I served the person named in item 2:

   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☐ **Papers were served on** *(date)*:         at *(time)*:

   b. ☒ By **Substituted service**. By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date)*: **OCTOBER 16, 2007**         at *(time)*: **12:12PM**

      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

---

PROOF OF SERVICE-SUMMONS AND COMPLAINT
CV-1 (04/01)

5. ☒ papers were mailed on (date): **OCTOBER 16, 2007**

6. ☒ due diligence. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____    at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

RUDY A. FLORES/#5492/LOS ANGELES
NATIONWIDE LEGAL, INC.
1255 POST STREET, SUITE #500
SAN FRANCISCO, CA 94109
(415) 351-0400

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: OCTOBER 16, 2007

*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

# EXHIBIT B

```
 1  Ronald L. Richman, SBN 139189
    Joye Blanscett, SBN 191242
 2  Bullivant Houser Bailey PC
    601 California Street, Suite 1800
 3  San Francisco, CA 94108
    e-mail: ron.richman@bullivant.com
 4  e-mail: joye.blanscett@bullivant.com
    Telephone:   (415) 352-2700
 5  Facsimile:   (415) 352-2701

 6
    Attorneys for Plaintiffs
 7

 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10

11
    BOARD OF TRUSTEES OF THE LABORERS    Case No.: C 07-03195 JL
12  HEALTH AND WELFARE TRUST FUND
    FOR NORTHERN CALIFORNIA; BOARD
13  OF TRUSTEES OF THE LABORERS          PROOF OF SERVICE
    VACATION-HOLIDAY TRUST FUND FOR
14  NORTHERN CALIFORNIA; BOARD OF
    TRUSTEES OF THE LABORERS PENSION
15  TRUST FUND FOR NORTHERN
    CALIFORNIA; and BOARD OF TRUSTEES
16  OF THE LABORERS TRAINING AND
    RETRAINING TRUST FUND FOR
17  NORTHERN CALIFORNIA,

18              Plaintiffs,

19       vs.

20  ALICE A. SAVAGE, individually and dba
    SAVAGE BUILDING MAINTENANCE,
21
                Defendants.
22

23
24
25
26
27
28
6088080.1
                           -1-
                    PROOF OF SERVICE
```

| | |
|---|---|
| JOYE BLANSCETT (SBN 191242)<br>RONALD L. RICHMAN (SBN 139189)<br>BULLIVANT HOUSER BAILEY PC<br>601 CALIFORNIA STREET, SUITE 1800<br>SAN FRANCISCO, CA 94108<br>Telephone: (415) 352-2700<br>Facsimile: (415) 352-2701<br>**Attorney(s) for:** PLAINTIFFS<br>Reference: 3002199 | |
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** ||
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND NORTHERN CALIFORNIA, et al.<br>**Plaintiff(s)**<br>v.<br>ALICIA A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE, et al.<br>**Defendant(s)** | CASE NUMBER: C 07-03195 JL<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
   a. ☒ amended summons  ☐ complaint  ☐ alias summons  ☒ first amended complaint
       in a civil case                                           ☐ second amended complaint
                                                                 ☐ third amended complaint
   ☐ other *(specify):*

2. Person served:
   a. ☒ Defendant *(name):* FELICIA L. SAVAGE
   b. ☒ Other *(specify name and title or relationship to the party/business named):* "JANE DOE", DESCRIBED AS A LATINO FEMALE, 20'S, BROWN HAIR AND EYES, 105LBS.
   c. ☒ Address Where papers were served:
   **264 S. LA CIENEGA BOULEVARD, SUITE 863, BEVERLY HILLS, CA 90211**

3. Manner of service in compliance with *(the appropriate box **must** be checked):*
   a.  ☒ Federal Rules of Civil Procedure
   b.  ☐ California Code of Civil Procedure

4. I served the person named in item 2:

   a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☐ Papers were served on *(date):*           at *(time):*

   b. ☒ By **Substituted service.** By leaving copies:

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ Papers were served on *(date):* **OCTOBER 16. 2007**        at *(time):* **12:12PM**

      4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)

5. ☒ papers were mailed on (date): **OCTOBER 16, 2007**

6. ☒ due diligence. I made at least three (3) attempts to personally serve the defendant.

  c. ☐ Mail and acknowledgment of service. By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint)**.

  d. ☐ Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

  e. ☐ Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service)**.

  f. ☐ Service on a foreign corporation. In any manner prescribed for individuals by FRCP 4(f).

  g. ☐ Certified or registered mail service. By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served)**.

  h. ☐ Other (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
  a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
  Name of person served:
  Title of person served:
  Date and time of service: *(date)*: _____      at *(time)*: _____
  b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served)**.

  c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number)*:

**RUDY A. FLORES/#5492/LOS ANGELES**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: OCTOBER 16, 2007

*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

# EXHIBIT C

Case 3:07-cv-03195-CRB   Document 18   Filed 11/19/2007   Page 12 of 16
Case 3:07-cv-03195-JL   Document 11   Filed 10/22/2007   Page 1 of 3

1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA 94108
   e-mail: ron.richman@bullivant.com
4  e-mail: joye.blanscett@bullivant.com
   Telephone:  (415) 352-2700
5  Facsimile:  (415) 352-2701

6
   Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10

11 BOARD OF TRUSTEES OF THE LABORERS    Case No.: C 07-03195 JL
12 HEALTH AND WELFARE TRUST FUND
   FOR NORTHERN CALIFORNIA; BOARD
13 OF TRUSTEES OF THE LABORERS          **PROOF OF SERVICE**
   VACATION-HOLIDAY TRUST FUND FOR
14 NORTHERN CALIFORNIA; BOARD OF
   TRUSTEES OF THE LABORERS PENSION
15 TRUST FUND FOR NORTHERN
   CALIFORNIA; and BOARD OF TRUSTEES
16 OF THE LABORERS TRAINING AND
   RETRAINING TRUST FUND FOR
17 NORTHERN CALIFORNIA,

18              Plaintiffs,
19      vs.
20 ALICE A. SAVAGE, individually and dba
   SAVAGE BUILDING MAINTENANCE,
21
22              Defendants.

6088080.1
-1-
PROOF OF SERVICE

| | |
|---|---|
| JOYE BLANSCETT (SBN 191242)<br>RONALD L. RICHMAN (SBN 139189)<br>BULLIVANT HOUSER BAILEY PC<br>601 CALIFORNIA STREET, SUITE 1800<br>SAN FRANCISCO, CA 94108<br>Telephone: (415) 352-2700<br>Facsimile: (415) 352-2701<br>**Attorney(s) for:** PLAINTIFFS<br>Reference: 3002196 | |
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | |
| BOARD OF TRUSTEES OF THE LABORERS<br>HEALTH AND WELFARE TRUST FUND<br>NORTHERN CALIFORNIA, et al.<br><div align="right">**Plaintiff(s)**</div><br>v.<br>ALICIA A. SAVAGE, individually and dba SAVAGE<br>BUILDING MAINTENANCE, et al.<br><div align="right">**Defendant(s)**</div> | CASE NUMBER: C 07-03195 JL<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ amended summons    ☐ complaint    ☐ alias summons    ☒ first amended complaint
      in a civil case                                            ☐ second amended complaint
                                                                 ☐ third amended complaint

   ☐ other *(specify)*:

2. Person served:
   a. ☒ Defendant *(name)*: SAVAGE BUILDING MAINTENANCE
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: "JANE DOE", DESCRIBED AS A LATINO FEMALE, 20'S, BROWN HAIR AND EYES, 105LBS.
   c. ☒ Address Where papers were served:
      **264 S. LA CIENEGA BOULEVARD, SUITE 863, BEVERLY HILLS, CA 90211**

3. **Manner of service** in compliance with *(the appropriate box must be checked)*:
   a.   ☒   Federal Rules of Civil Procedure
   b.   ☐   California Code of Civil Procedure

4. **I served** the person named in item 2:

   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☐ **Papers were served on** *(date)*:        at *(time)*:

   b. ☒ By **Substituted service**. By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date)*: <u>OCTOBER 16, 2007</u>        at *(time)*: <u>12:12PM</u>

      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

                                                                                                    1
---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

5. ☒ **papers were mailed on (date): OCTOBER 16, 2007**

6. ☒ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

    c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

    d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

    e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

    f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

    g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

    h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**
    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
    Name of person served:
    Title of person served:
    Date and time of service: *(date):* _____ at *(time):* _____
    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

**RUDY A. FLORES/#5492/LOS ANGELES**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: OCTOBER 16, 2007

*(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

**Other Supporting Documents**
3:07-cv-03195-JL Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California et al v. Savage
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available*.
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Richman, Ronald entered on 11/14/2007 11:16 AM PST and filed on 11/14/2007

| | |
|---|---|
| **Case Name:** | Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California et al v. Savage |
| **Case Number:** | 3:07-cv-3195 |
| **Filer:** | Board of Trustees of the Laborers Pension Trust Fund for Northern California |
| | Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California |
| | Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California |
| | Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California |
| **Document Number:** | 15 |

**Docket Text:**
Declaration of Ronald L. Richman *in Support of Plaintiffs' Request for Clerk's Entry of Default* filed byBoard of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California. (Richman, Ronald) (Filed on 11/14/2007)

**3:07-cv-3195 Notice has been electronically mailed to:**

Joye Blanscett    joye.blanscett@bullivant.com, sanfranciscodocketing@bullivant.com

Ronald Lee Richman    ron.richman@bullivant.com, sanfranciscodocketing@bullivant.com

**3:07-cv-3195 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\Global\E-Filing\RLR-Laborers\29512-69 Alice Savage\111407 Decl of RLR.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/14/2007] [FileNumber=3911236-0]
[9a1d0bc9f27fe131ae8901b6cad442cf7d0a3ba2877e113e2d237432eed5b06da50d
a75d634d894baa0c770f466529531b7f7492f147076057776608ce93c039]]