**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

November 21, 2007

RE:  CV 07-03195 JL   BOARD OF TRUSTEES OF LABORERS HEALTH-v- ALICE A. SAVAGE

Default is entered as to defendants Alicia Savage and Felicia Savage on 11/21/07.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo  
Case Systems Administrator  
To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89