```
 1  Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
 2  Bullivant Houser Bailey PC
    601 California Street, Suite 1800
 3  San Francisco, CA  94108
    e-mail: ron.richman@bullivant.com
 4  e-mail: susan.olson@bullivant.com
    Telephone:    (415) 352-2700
 5  Facsimile:    (415) 352-2701

 6
    Attorneys for Plaintiffs
 7

 8
                       UNITED STATES DISTRICT COURT
 9
                      NORTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALICIA A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE,<br><br>Defendants. | Case No.: C 07-03195 JL<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; PROPOSED ORDER**<br><br>Date:      March 5, 2008<br>Time:      10:30 a.m.<br>Ctroom:    F, 15th Floor |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On October 9, 2007 Plaintiffs filed their First Amended Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("First Amended Complaint"). The First Amended Complaint is for audit entry so that Plaintiffs Trust Funds

may conduct an audit of Defendants' books and records to determine whether Defendants are current on their obligations to the Trust Funds or, in the alternative, whether Defendants are delinquent in their trust fund contributions on behalf of their covered employees.

The First Amended Complaint was served on Defendants on October 16, 2007.

Defendants' Answer was due on November 5, 2007. Defendants failed to file an Answer or any responsive pleading.

On November 19, 2007 Plaintiffs filed their Amended Request for Entry of Clerk's Default. On November 21, 2007, the Clerk of Court entered the default of Plaintiffs.

Within the next 30 days, Plaintiffs will file and serve their Notice of Motion and Motion for Preliminary Injunction, asking this Court to issue a mandatory injunction compelling defendants to submit to an audit of their books and records.

DATED: February 25, 2008

BULLIVANT HOUSER BAILEY PC

By _____/s/ Ronald L. Richman_____
Ronald L. Richman

Attorneys for Plaintiffs