Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone:  (415) 352-2700
Facsimile:  (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALICIA A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE,<br><br>Defendants. | Case No.: C 07-03195 JL<br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**FRCP § 65**<br><br>Date:  April 16, 2008<br>Time:  9:30 a.m.<br>Ctroom:  F, 15th Floor |

10459765.
1

-1-

1  TO ALICIA A. SAVAGE, individually and dba SAVAGE BUILDING
2  MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING
3  MAINTENANCE:
4  YOU ARE HEREBY NOTIFIED that on April 16, 2008 at 9:30 a.m. or as soon as the
5  matter may be heard in the above-entitled Court, Plaintiffs Board of Trustees Of The Laborers
6  Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund
7  for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers
8  Training and Retraining Trust Fund for Northern California are the Plaintiffs herein. The
9  Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday
10 Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and
11 Laborers Training and Retraining Trust Fund for Northern California ("the Trust Funds") will
12 move and hereby do move for an Order granting a preliminary injunction ordering Defendant
13 ALICIA A. SAVAGE individually and dba SAVAGE BUILDING MAINTENANCE; and
14 FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE to
15 submit to an audit of their business records by an auditor from the Plaintiffs Trust Funds to
16 determine whether all employees covered by their collective bargaining agreement with the
17 Laborers Union, District Council for Northern California, have been fully reported during the
18 effective period of that collective bargaining agreement for the period August 21, 2001 through
19 March, 2008 on the grounds that pursuant to FRCP § 65, Section 502(a)(3) of ERISA, 29 U.S.C.
20 § 1132(a)(3) and the All Writs Act, 28 U.S.C. § 1651(a), there is a reasonable probability that
21 plaintiffs will prevail on their underlying complaint, plaintiffs will suffer irreparable injury if
22 such relief is not granted, the legal remedies are inadequate to provide the necessary relief, any
23 prejudice to defendants will be comparatively minimal, and that plaintiffs are entitled to such
24 preliminary relief as a matter of law.
25 ///
26 ///
27 ///
28 ///

10459765.1

-2-
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

1   This Motion for Preliminary Injunction is based upon this Notice of Motion and Motion, Memorandum of Points and Authorities In Support of Motion for Preliminary Injunction, the Declarations of John J. Hagan and Ronald L. Richman In Support of Motion for Preliminary Injunction, all the pleadings, papers and records in this action and such other and further oral and documentary evidence as this Court may desire to hear.

DATED: February 26, 2008

BULLIVANT HOUSER BAILEY PC

By _____*signature*_____
Ronald L. Richman

Attorneys for Plaintiffs