## CIVIL MINUTES

**Chief Magistrate Judge James Larson**  **FTR 10:18-10:19**
Date: **March 5, 2008**  (1 min)

Case No: **C07-3195 JL**

Case Name: **Board of Trusteesi v. Alicia Savage, et al**

Plaintiff  Attorney(s):Ronald Richman
Defendant Attorney(s):not present

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                             **RULING:**
1.
2.
3.
4.
[x ]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**Case referred for reassignment to Article III Judge.
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
         [ ] Jury  [ ]  Court

Notes: Defendant has not consented and is in default.


cc: Venice, Kathleen,