UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Laborers Health and Welfare Trust,<br><br>    Plaintiff,<br><br>    v.<br><br>Alicia Savage, et al.<br><br>    Defendants.<br>_____/ | No. C 07-3195 JL<br><br>**REFERRAL FOR REASSIGNMENT** |

Defendants have not made an appearance in this case, and default was entered against them on November 21, 2007. Plaintiff on February 25, 2008 filed a motion for preliminary injunction requiring Defendants to submit to an audit of their business records. This Court must have consent of all parties pursuant to 28 U.S.C. §636(c) in order to assume jurisdiction to rule on the motion for preliminary injunction. Defendants have not consented to this Court's jurisdiction. Accordingly, this case is hereby referred for reassignment to an Article III judge.

IT IS SO ORDERED.

DATED: March 5, 2008

_____
James Larson
Chief Magistrate Judge