
Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone:   (415) 352-2700
Facsimile:   (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALICIA A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE,<br><br>    Defendants. | Case No.: C 07-03195 SC<br><br>**DECLARATION OF RONALD L. RICHMAN IN SUPPORT OF MOTION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**FRCP § 65**<br><br>Date:    April 25, 2008<br>Time:    10:00 a.m.<br>Ctroom:    1 |

1  I, RONALD L. RICHMAN, declare as follows:

2  1. I am a shareholder of the law firm of Bullivant Houser Bailey PC, counsel to Plaintiffs Trust Funds in this action.

3  2. I have personal knowledge of the following and, if called upon to testify, am competent to do so.

4  3. On October 9, 2007 Plaintiffs Trust Funds filed their First Amended Complaint for Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("First Amended Complaint") seeking a mandatory injunction compelling defendants to submit to an audit of their books and records. Defendants failed to respond. On November 21, 2007 the Clerk of Court entered the default of Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California on March 12, 2008.

_____
Ronald L. Richman