Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: susan.olson@bullivant.com
Telephone:   (415) 352-2700
Facsimile:   (415) 352-2701

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br> vs.<br><br>ALICIA A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE,<br><br>    Defendants. | Case No.: C 07-03195 SC<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>**FRCP § 65**<br><br>Date: April 25, 2008<br>Time: 10:00 a.m.<br>Ctroom: 1 |

## ORDER

This Court, having been presented with Plaintiffs' Motion for Preliminary Injunction seeking a mandatory injunctive order compelling Defendant ALICIA A. SAVAGE individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE to submit to an audit of their business records by an auditor from the Plaintiffs Trust Funds to determine whether all employees covered by their collective bargaining agreement with the Laborers Union, District Council for Northern California, have been fully reported during the effective period of that collective bargaining agreement for the period August 21, 2001 through March, 2008, no response having been received from Defendants and the Clerk of Court previously entering the default of Defendants, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction be and hereby is granted and Defendants ALICIA A. SAVAGE individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE are ordered to submit to an audit of their books and records and to produce and permit the auditors from Plaintiffs Trust Funds to inspect the following for the audit period August 21, 2001 through March, 2008:

> California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earnings Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

1   This Court shall retain jurisdiction to enforce this mandatory injunction and to hear a
2   motion for amended pleadings or procedural or dispositive motions relating to Plaintiffs
3   Complaint for a further money judgment for unpaid employer contributions and related
4   expenses owed by Defendants as may be discovered by the audit.
5   Dated: _____, 2008

        _____
        Hon. James Larson
        United States Magistrate Judge