IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF LABORERS HEALTH,    No. C 07-03195 CRB

    Plaintiff,    **Clerk's Notice**

v.

ALICE A. SAVAGE,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has scheduled a case management conference for Friday, April 25, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before April 18, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 14, 2008    FOR THE COURT,

    Richard W. Wieking, Clerk

By:_____
    Barbara Espinoza
    Courtroom Deputy