1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA 94108
   e-mail: ron.richman@bullivant.com
4  e-mail: susan.olson@bullivant.com
   Telephone:   (415) 352-2700
5  Facsimile:   (415) 352-2701

6
   Attorneys for Plaintiffs
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   BOARD OF TRUSTEES OF THE LABORERS      Case No.: C 07-03195 CRB
12 HEALTH AND WELFARE TRUST FUND
   FOR NORTHERN CALIFORNIA; BOARD
13 OF TRUSTEES OF THE LABORERS            NOTICE OF MOTION AND MOTION IN
   VACATION-HOLIDAY TRUST FUND FOR        SUPPORT OF PLAINTIFFS' MOTION FOR
14 NORTHERN CALIFORNIA; BOARD OF          PRELIMINARY INJUNCTION
   TRUSTEES OF THE LABORERS PENSION
15 TRUST FUND FOR NORTHERN                FRCP § 65
   CALIFORNIA; and BOARD OF TRUSTEES
16 OF THE LABORERS TRAINING AND
   RETRAINING TRUST FUND FOR              Date:    May 9, 2008
17 NORTHERN CALIFORNIA,                   Time:    10:00 a.m.
                                          Ctroom:  8
18            Plaintiffs,

19      vs.

20 ALICIA A. SAVAGE, individually and dba
   SAVAGE BUILDING MAINTENANCE; and
21 FELICIA L. SAVAGE, individually and dba
   SAVAGE BUILDING MAINTENANCE,
22
              Defendants.
23

24

25 ///

26 ///

27 ///

28 ///

10459765.
1
                                       -1-
           PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

1  TO ALICIA A. SAVAGE, individually and dba SAVAGE BUILDING
2  MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING
3  MAINTENANCE:
4  YOU ARE HEREBY NOTIFIED that on May 9, 2008 at 10:00 a.m. or as soon as the
5  matter may be heard in the above-entitled Court, Plaintiffs Board of Trustees Of The Laborers
6  Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund
7  for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers
8  Training and Retraining Trust Fund for Northern California are the Plaintiffs herein. The
9  Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday
10 Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and
11 Laborers Training and Retraining Trust Fund for Northern California ("the Trust Funds") will
12 move and hereby do move for an Order granting a preliminary injunction ordering Defendant
13 ALICIA A. SAVAGE individually and dba SAVAGE BUILDING MAINTENANCE; and
14 FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE to
15 submit to an audit of their business records by an auditor from the Plaintiffs Trust Funds to
16 determine whether all employees covered by their collective bargaining agreement with the
17 Laborers Union, District Council for Northern California, have been fully reported during the
18 effective period of that collective bargaining agreement for the period August 21, 2001 through
19 March, 2008 on the grounds that pursuant to FRCP § 65, Section 502(a)(3) of ERISA, 29 U.S.C.
20 § 1132(a)(3) and the All Writs Act, 28 U.S.C. § 1651(a), there is a reasonable probability that
21 plaintiffs will prevail on their underlying complaint, plaintiffs will suffer irreparable injury if
22 such relief is not granted, the legal remedies are inadequate to provide the necessary relief, any
23 prejudice to defendants will be comparatively minimal, and that plaintiffs are entitled to such
24 preliminary relief as a matter of law.
25 / / /
26 / / /
27 / / /
28 / / /

10459765.1

1      This Motion for Preliminary Injunction is based upon this Notice of Motion and Motion, Memorandum of Points and Authorities In Support of Motion for Preliminary Injunction, the Declarations of John J. Hagan and Ronald L. Richman In Support of Motion for Preliminary Injunction, all the pleadings, papers and records in this action and such other and further oral and documentary evidence as this Court may desire to hear.

DATED: March 19, 2008

                                            BULLIVANT HOUSER BAILEY PC

                                        By _____
                                                       Ronald L. Richman

                                                  Attorneys for Plaintiffs