1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA 94108
   e-mail: ron.richman@bullivant.com
4  e-mail: susan.olson@bullivant.com
   Telephone:    (415) 352-2700
5  Facsimile:    (415) 352-2701

6
   Attorneys for Plaintiffs
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   BOARD OF TRUSTEES OF THE LABORERS    | Case No.: C 07-03195 CRB
12 HEALTH AND WELFARE TRUST FUND        |
   FOR NORTHERN CALIFORNIA; BOARD       |
13 OF TRUSTEES OF THE LABORERS          | **ORDER GRANTING MOTION FOR**
   VACATION-HOLIDAY TRUST FUND FOR      | **PRELIMINARY INJUNCTION**
14 NORTHERN CALIFORNIA; BOARD OF        |
   TRUSTEES OF THE LABORERS PENSION     | **FRCP § 65**
15 TRUST FUND FOR NORTHERN              |
   CALIFORNIA; and BOARD OF TRUSTEES    |
16 OF THE LABORERS TRAINING AND         | Date:    May 9, 2008
   RETRAINING TRUST FUND FOR            | Time:    10:00 a.m.
17 NORTHERN CALIFORNIA,                 | Ctroom:  8

18              Plaintiffs,

19       vs.

20 ALICIA A. SAVAGE, individually and dba
   SAVAGE BUILDING MAINTENANCE; and
21 FELICIA L. SAVAGE, individually and dba
   SAVAGE BUILDING MAINTENANCE,
22
                Defendants.
23

24

25

26

27

28

10460186.1

-1-

ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

**ORDER**

This Court, having been presented with Plaintiffs' Motion for Preliminary Injunction seeking a mandatory injunctive order compelling Defendant ALICIA A. SAVAGE individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE to submit to an audit of their business records by an auditor from the Plaintiffs Trust Funds to determine whether all employees covered by their collective bargaining agreement with the Laborers Union, District Council for Northern California, have been fully reported during the effective period of that collective bargaining agreement for the period August 21, 2001 through March, 2008, no response having been received from Defendants and the Clerk of Court previously entering the default of Defendants, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction be and hereby is granted and Defendants ALICIA A. SAVAGE individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE are ordered to submit to an audit of their books and records and to produce and permit the auditors from Plaintiffs Trust Funds to inspect the following for the audit period August 21, 2001 through March, 2008:

> California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earnings Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

1 | This Court shall retain jurisdiction to enforce this mandatory injunction and to hear a motion for amended pleadings or procedural or dispositive motions relating to Plaintiffs Complaint for a further money judgment for unpaid employer contributions and related expenses owed by Defendants as may be discovered by the audit.

Dated: _____, 2008

_____
Hon. Charles R. Breyer