Ronald L. Richman, SBN 139189
E-Mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALICIA A. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE; and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE,<br><br>Defendants. | Case No.: C 07-03195 CRB<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:     April 25, 2008<br>Time:    10:00 a.m<br>Ctroom: 8, 19th Floor<br>              Hon. Charles R. Breyer |

Plaintiffs submit the following in support of their request to vacate the case management conference.

On October 9, 2007 Plaintiffs filed their First Amended Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("First Amended

– 1 –

REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; ORDER THEREON

Complaint"). The First Amended Complaint seeks a mandatory injunctive order requiring Defendants to submit to an audit of their books and records. Defendants were served on October 16, 2007. Defendants failed to file a responsive pleading.

Plaintiffs are proceeding in default. On March 21, 2008 Plaintiffs filed their Motion for Preliminary Injunction. Hearing is set for May 9, 2008.

Based on the above, Plaintiffs respectfully request that this Court vacate the Case Management Conference.

DATED: April 16, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman,

Attorneys for Plaintiffs Laborers Trust Funds

**ORDER**

The Court having read Plaintiffs' Request to vacate the Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for April 25, 2008 is vacated.

DATED: April 18, 2008

By _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*