IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF LABORERS HEALTH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALICE A. SAVAGE, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-03195 CRB<br><br>**JUDGMENT** |

    The Court having dismissed without prejudice Plaintiffs' First Claim for Relief, and having granted Plaintiffs' motion for default judgment on Plaintiffs' Second Claim for Relief, judgment is entered in favor of Plaintiffs and against Defendants. Defendants ALICIA A. SAVAGE individually and dba SAVAGE BUILDING MAINTENANCE and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE are ordered to submit to an audit of their books and records and to produce and permit the auditors from Plaintiffs Trust Funds to inspect the following for the audit period August 21, 2001 through March, 2008:

    California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earnings Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job

classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

**IT IS SO ORDERED.**

Dated: May 7, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE