| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and address): BULLIVANT HOUSER BAILEY PC ATTORNEYS AT LAW 601 CALIFORNIA STREET, SUITE 1800 SAN FRANCISCO, CA 94108-2823 **Attorney(s) for:** Ref: 3020962 | (415) 352-2700 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT COURT OF CALIFORNIA | | |
| BOARD OF TRUSTEES OF LABORERS HEALTH, et al. vs. ALICE A. SAVAGE, et al. | | |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER: C 07-03195 CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: JUDGMENT AND ORDER

2. a. Party served:        SAVAGE BUILDING MAINTENANCE

   b. Witness served:    ERICKA RIOS ACCEPTED SERVICE FOR SAVAGE BUILDING MAINTENANCE

   c. Address:              264 S. LA CIENGA BOULEVARD, SUITE 863
                                  BEVERLY, CA 90211-3302

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on:        05-23-08            (2) at:        10:18AM

4. I received this documents for service on (date): MAY 21, 2008

5. Person serving:
PHAIBOON JANAYAPRAYOT
NATIONWIDE LEGAL, INC.
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

a. Fee for service $

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: May 30, 2008

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF LABORERS HEALTH, et al., | No. C 07-03195 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ALICE A. SAVAGE, et al., | |
| Defendants.                              / | |

    The Court having dismissed without prejudice Plaintiffs' First Claim for Relief, and having granted Plaintiffs' motion for default judgment on Plaintiffs' Second Claim for Relief, judgment is entered in favor of Plaintiffs and against Defendants. Defendants ALICIA A. SAVAGE individually and dba SAVAGE BUILDING MAINTENANCE and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE are ordered to submit to an audit of their books and records and to produce and permit the auditors from Plaintiffs Trust Funds to inspect the following for the audit period August 21, 2001 through March, 2008:

> California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earnings Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job

classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

**IT IS SO ORDERED.**

Dated: May 7, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF LABORERS HEALTH, et al.,

    Plaintiffs,

v.

ALICE A. SAVAGE, et al.,

    Defendants.
_____/

No. C 07-03195 CRB

**ORDER**

    Now pending before the Court is Plaintiffs' Motion for Preliminary Injunction seeking a mandatory injunctive order compelling Defendant ALICIA A. SAVAGE individually and dba SAVAGE BUILDING MAINTENANCE and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE to submit to an audit of their business records by an auditor from the Plaintiffs Trust Funds to determine whether all employees covered by their collective bargaining agreement with the Laborers Union, District Council for Northern California, have been fully reported during the effective period of that collective bargaining agreement for the period August 21, 2001 through March, 2008.

    As the preliminary relief sought by plaintiffs is identical to the relief they seek on their Second Claim for Relief, and as the claim will become moot once the Court grants the relief preliminarily, the Court shall treat Plaintiffs' motion as a motion for default judgment on the Second Claim for Relief. The Court DISMISSES without prejudice the First Claim for

Relief since Plaintiffs do not yet know whether defendants owe any unpaid contributions. Plaintiffs may file a new lawsuit for recovery of such contributions if and when they determine the contributions are owed and defendants refuse to pay the same.

As the Clerk entered defendants' default, and as defendants have not filed a response to Plaintiffs' motion for a mandatory injunction compelling an audit, and have not otherwise communicated with the Court, Plaintiffs' motion for default judgment on the Second Claim for Relief is GRANTED.  Defendants ALICIA A. SAVAGE individually and dba SAVAGE BUILDING MAINTENANCE and FELICIA L. SAVAGE, individually and dba SAVAGE BUILDING MAINTENANCE are ordered to submit to an audit of their books and records and to produce and permit the auditors from Plaintiffs Trust Funds to inspect the following for the audit period August 21, 2001 through March, 2008:

> California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earnings Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

The Court will issue a judgment in accordance with this Order.

**IT IS SO ORDERED.**

Dated: May 7, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE